No. 640. ALEXANDER K. CONEY, APPELLANT, *v* CONTINENTAL BUILDING AND LOAN ASSOCIATION. Appeal from the District Court of the United States for the Northern District

of California.    April 4, 1904.    Docketed and dismissed with costs, on motion of *Mr. Thomas H. Clark* for the appellee.    No one opposing.